IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RALPH WILSON LINGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:04-cv-1188-WKW |
| | ) | |
| SGT. TONY LUKER, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On February 13, 2007, the Magistrate Judge filed her Recommendation (Doc. # 30) that the Defendant's Motion for Summary Judgment (Doc. # 10) be granted. Plaintiff's timely objection (Doc. # 31) was considered by the court. Upon an independent and *de novo* review of the file in this case, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 30) is ADOPTED;

2. Plaintiff's objection (Doc. # 31) is OVERRULED; and

3. The costs of this proceeding are taxed against the Plaintiff, for which execution may issue.

An appropriate judgment will be entered.

DONE this 30th day of March, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE